IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN HENRY DAWSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-186 |
| | ) | |
| JOHN M. PERKINS, Investigator, | ) | |
| Richmond County Police Department, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 23, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending Plaintiff's complaint be dismissed without prejudice and ordered Plaintiff to file any objections by February 11, 2019. (Doc. nos. 17, 18.) In lieu of objections, Plaintiff filed a motion for an extension of time to file an amended complaint. (Doc. no. 19.) On February 5, 2019, the Magistrate Judge granted Plaintiff's motion, provided Plaintiff instructions for filing an amended complaint, and ordered Plaintiff to file an amended complaint on the provided form within fourteen days of the Order. (Doc. no. 20.) The Magistrate Judge warned Plaintiff if he failed to file an amended complaint, the Court would presume Plaintiff did not wish to amend his original pleadings, and the January 23rd R&R would be submitted for consideration based on the allegations set forth in Plaintiff's original complaint. (Id. at 4.) The deadline for Plaintiff to file an amended

complaint expired on February 19, 2019. However, to date Plaintiff has not filed an amended complaint.

Instead, on February 26, 2019, Plaintiff submitted a motion requesting final judgment from the R&R, in which he argues he stated a constitutional claim and the state proceedings cannot provide an adequate remedy and asks the Court to enjoin the state proceedings and enter final judgment. (Doc. no. 21.) Because Plaintiff does not indicate he still wishes to file an amended complaint and the deadline for doing so has passed, the Court shall construe Plaintiff's arguments in his February 26th motion as objections to the January 23rd R&R and consider the R&R based on the allegations in Plaintiff's original complaint.

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 21.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion for final judgment, (doc. no. 21), **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 5th day of March, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA